

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Sunil Kumar Mehta and Mehta Investments, Ltd. v.
                         Mohammed Ahmed

Appellate case number:   01-20-00568-CV

Trial court case number: 2017-84654

Trial court:             295th District Court of Harris County

On November 30, 2020, appellants, Sunil Kumar Mehta and Mehta Investments, Ltd., filed an unopposed first motion to extend time to file appellants' brief until after complete record is filed. On December 3, 2020, we issued an order granting appellants' motion to "correct the deadline" for appellants' brief, because the appellate record is not yet complete, and the deadline for filing appellants' brief cannot yet be determined. *See* TEX. R. APP. P. 38.6(a).

Pursuant to our December 3, 2020 order, appellants' brief will be due no later than thirty days after the completion of the appellate record. *See* TEX. R. APP. P. 38.6(a). Accordingly, appellants' motion to extend time to file their brief is **dismissed as moot**.

It is so ORDERED.


Judge's signature: _____/s/ Terry Adams_____
                   ☑  Acting individually    ☐  Acting for the Court

Date:  __December 3, 2020___